Keith Robinson
#13408-112
USP CANAAN
P.O. Box 300
Waymart, PA 18472

December 2, 2015

United States Attorney's Office
Michelle A. Leslie
United States Courthouse and Federal Building
517 East Wisconsin Avenue, Room 362
Milwaukee, WI 53202

                RE: USA V. Keith Robinson, et al.
                    Eastern District of Wisconsin, Case No.98-CR-60

Dear United States Attorney,

Please find enclosed a request under U.S.C. 5 § 552 and U.S.C. 5 § 555a for information concerning any plea agreement between my attorney John A. Birdsall and Assistant United States Attorney, Michelle A. Leslie (or others in your office) in the above title case. I further request information for any plea deal oral, written or other between your Office and John A. Birdsall.

This request is made in good faith as I have received new information - which subsequently has never been clarified - that a plea deal for less than life was infact offered to me by your office. (see enclosed attachment)

I thank you for your time in this matter.

                                          Respectfully,

                                          Keith L. Robinson

CC: Judge Lynn Adelman's chambers
    United States Courthouse and Federal Building
    517 East Wisconsin Avenue, Room 362
    Milwaukee, WI 53202

# BIRDSALL
LAW OFFICES

Attorney John A. Birdsall
Attorney Theodore Perlick Molinari

November 28, 2010

Mr. Keith Robinson, #13408-112
USP Canaan
P.O. Box 300
Waymart, PA 18472

**Privileged and Confidential**
**Attorney-Client Communication**

RE: *United States of America v. Kieth Robinson, et. al.*
Eastern District of Wisconsin, Case No. 98-CR-60

Dear Mr. Robinson:

    I received your letter dated 11/15/11 regarding a question about any plea agreement that may have been offered before your trial. I no longer have your physical file so will have to rely on my memory. To the best of my recollection, you weren't offered anything close to what you would have found acceptable. I believe it was an offer of approximately 30-40 years. I don't think you even considered it and were adamant on going to trial. However, I am confident that we discussed it. I hope this helps and that you have a reasonably good holiday - considering your location.

    Thank you for your kind consideration and attention to this matter. Naturally, if you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

BIRDSALL LAW OFFICES, S. C.

John A. Birdsall

JAB/mor
Enclosures

Germania Building, 135 W. Wells St., Suite 214 ■ Milwaukee, WI 53203
Phone 414.830.5465 ■ Facsimile 414.831.5468 ■ Toll Free 800.257.5899
E-mail: jbirdsall@birdsall-law.com ■ tjpm@birdsall-law.com

September 23, 2014

Greetings Mr. Birdsall:

I trust that this epistle finds you and your lovedones in the best of health as these words unfold. However, I write this missive in order to get clarification, regarding our last correspondence concerning the plea offer you mentioned by the Govt.

In your last correspondence, you stated to the best of your recollection that, "I (me) wasn't offered anything close to what you would have found acceptable." Then you further stated, "you believe it was an offer of approximately 30-40 years" and didn't think I even considered it and was adamant on going to trial and confident that we discussed it.

Nevertheless, and no disrespect to you Mr. Birdsall, I do not recall the above conversation at all, especially an offer of 30-40 years from the Govt. In fact, what I do recall specifically was while going over the case one day, you stated the following out of the blue:

> "Oh yeah, I talked to the Govt. about gettin' you a deal, but ..."

You paused, shaking your head and then said:

> "She must have a hard-on for you?"

Curious, I asked:

> "Why you say that man?"

You answered:

> "Cause she (Govt.) said, 'it wouldn't matter how much information he had to tell or not, the only deal I'm offering him will be just like getting a life sentence....'"

Pissed, I immediately replied:

> "Fuck it, we goin' to trial then. I don't know why she got a hard-on for me, man. I don't even know her like that!"

Then you said jokingly:

> "She probably has your photo blew up and posted all over her walls, and throwing darts at you."

We both had a short laugh and then immediately went right back to going over the case. And that was the extent of the conversation.

In fact, you never even mentioned any number of years that the Govt. offered because had you mentioned those years as reflected in your letter, I would have automatically asked you to negotiate for something much lesser in the range of 20-25 years. And if that wasn't possible, I would have considered taking 30 years since I was in my early 30's back then, which at least would have given me a second chance on life.

Furthermore, the sole reason that I was so adamant on going to trial was because you stated the plea offer from the Govt. was equivalent to a life sentence; otherwise, I would have strongly considered copping-out. This is a fact, I have a history of taking deals.

In closing, I hope this missive refreshes your recollection, and I appreciate your candor and reply in this manner.

Sincerely,

*[signature: Keith Robinson]*

Mr. Keith Robinson

P.S. I remember you suggesting that I should write a book. Guess what? I finally did! It's about a talkin' gun that has a powerful message for those youths who dare to follow in my footsteps. The book is titled: 'Live By The Gun, Die By The Gun' by Keith 'Kiko' Robinson, and can be ordered via the Kindle/Nook on the following e-book sites: Kobobooks.com, Amazon.com, Appleitunes.com, BN.com, and Goggle.com.